*Watkins* and *Mac Asbill* for petitioners. *Solicitor General Mitchell* and *Messrs. Bayard T. Hainer*, General Counsel, Federal Trade Commission, and *Adrian F. Busick*, Assistant Counsel, Federal Trade Commission, for respondent.

---

No. 313. CENTRAL NATIONAL BANK SAVINGS AND TRUST COMPANY AND JOSEPH A. KLEIN, TRUSTEE, *v.* THE MURPHY HOTELS CORPORATION. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. D. J. Needham* and *Austin V. Cannon* for petitioners. *Mr. Thomas H. Hogsett* for respondent.

---

No. 314. ANGOLA TRANSFER COMPANY *v.* THE TEXAS & PACIFIC RAILWAY COMPANY. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioner. No appearance for respondent.

---

No. 315. S. A. SWANSON *v.* LUCKENBACH STEAMSHIP Co., INC. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur I. Moulton* for petitioner. No appearance for respondent.

---

No. 316. ROBERT B. ARMSTRONG AND JOHN M. PARKER *v.* UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wm. C. Bachelder, A. J. Groesbeck* and *Harold K. Bachelder* for petitioners. *Solicitor General Mitchell, Assistant to the Attorney General Donovan* and *Mr. H. R. Lamb* for the United States.